Steven J. Parsons
Nevada Bar No. 363
LAW OFFICES OF STEVEN J. PARSONS
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, NV 89128-8354
(702)384-9900
(702)384-5900 (fax)
Steve@SJPlawyer.com

Attorney for Plaintiff
**SHIRLEY A. PURNEY**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **SHIRLEY A. PURNEY**, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**RELIASTAR LIFE INSURANCE COMPANY**, a Minnesota corporation; **METROPOLITAN LIFE INSURANCE COMPANY**, a New York corporation; **THE MEREDITH CORPORATION VOLUNTARY LIFE INSURANCE PLAN**, an employee welfare benefit plan,<br><br>　　　　　Defendants.<br>_____/<br><br>**AND ALL RELATED ACTIONS**<br>_____/ | Case No. **2:09-cv-122-PMP-(RJJ)**<br><br>THE PARTIES' STIPULATION<br><u>TO DISMISS THE CASE, *WITH PREJUDICE*</u> |

　　　All parties to this action, by their undersigned counsel, upon comprehensively settling all disputes between the parties, hereby stipulate that the Court enter an Order dismissing this entire case, *with prejudice*, with each party to bear and pay her and its own fees and costs.

　　　Dated: Monday, October 4, 2010.

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
| /s/ Steven J. Parsons<br>Steven J. Parsons<br>Nevada Bar No. 363 | /s/ LeAnn Sanders<br>LeAnn Sanders<br>Nevada Bar No. 390 |
| Attorney for Plaintiff<br>**SHIRLEY A. PURNEY** | Attorney for Defendant<br>**RELIASTAR LIFE INSURANCE COMPANY** |

| | |
|---|---|
| HOLLAND & HART, LLP | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
| /s/ Robert J. Cassity<br>Robert J. Cassity<br>Nevada Bar No. 09779 | /s/ Kathleen M. Maynard<br>Kathleen M. Maynard<br>Nevada Bar No. 10675 |
| Attorneys for Defendant, Third Party Defendant **METROPOLITAN LIFE INSURANCE COMPANY** | Attorneys for Defendant, Third-Party Plaintiff **THE MEREDITH CORPORATION LIFE INSURANCE PLAN** (sued as "The Meredith Corporation Voluntary Life Insurance Plan") |

**ORDER**

**IT IS SO ORDERED.**

Dated: __ October 5, 2010.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, Nevada 89128-8354
(702)384-9900; fax (702)384-5900
Steve@SJPlawyer.com

Page 2 of 2